UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
FLINT DIVISION

IN RE:

JOHN A. METZGER, JR.,                                Case No. 12-30292-dof
                                                                     Chapter 7
      Debtor.                                       Hon. Daniel Opperman
_____/
AMERICREDIT FINANCIAL                   Adversary Proceeding
SERVICES, INC., d/b/a GM                    Case No. 12-03052-dof
FINANCIAL, a foreign corporation,

      Plaintiff,
v.

JOHN A. METZGER, JR.,

      Defendant.
_____/

## SUMMARY JUDGMENT

THIS MATTER having come before the Court on Plaintiff AmeriCredit Financial Services, Inc., d/b/a GM Financial's Motion for Summary Judgment, the Court having reviewed the Motion and the file, and being otherwise fully advised in the premises; IT IS ORDERED AND ADJUDGED:

1. The debt due Plaintiff AmeriCredit Financial Services, Inc., d/b/a GM Financial, from Defendant John A. Metzger, Jr., in the amount of $8,089.03, plus interest from January 25, 2012, on the September 19, 2007 Retail Installment Contract is hereby excepted from discharge.

2. In addition, Plaintiff is hereby awarded court costs in the amount of $293.00 incurred in this adversary proceeding.

**Signed on August 23, 2012**

                                                       **/s/ Daniel S. Opperman**
                                                       **Daniel S. Opperman**
                                                       **United States Bankruptcy Judge**